UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALD CARLEY,

    Plaintiffs,

                                  CASE NO. 17-CV-14030
v.                            HON. GEORGE CARAM STEEH

FORD MOTOR COMPANY,

    Defendant.
_____/

## **ORDER OF DISMISSAL**

On December 14, 2017, Plaintiff Donald Carley brought this personal injury action against Defendant Ford Motor Company based on diversity jurisdiction pursuant to 28 U.S.C. § 1332. Plaintiff is a citizen of Michigan. Defendant is a corporation incorporated in Delaware with its principal place of business in Dearborn, Michigan. (Ford Motor Company, 2016 Annual Report). A corporation is deemed to be a citizen of the state in which it is incorporated and the state in which it has its principal place of business. 28 U.S.C. § 1332(c). Because Plaintiff and Defendant are both citizens of Michigan, diversity of citizenship does not exist, and this court lacks subject

matter jurisdiction. Accordingly, IT IS ORDERED that this case is DISMISSED for lack of jurisdiction.

**IT IS SO ORDERED**.

Dated: January 2, 2018

                                s/George Caram Steeh
                                GEORGE CARAM STEEH
                                UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on January 2, 2018, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk