UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALD CARLEY,

    Plaintiffs,

        CASE NO. 17-CV-14030

v.        HON. GEORGE CARAM STEEH

FORD MOTOR COMPANY,

    Defendant.

_____/

## ORDER VACATING JUDGMENT

On January 2, 2018, this court sua sponte dismissed this action for lack of subject matter jurisdiction and improvidently entered judgment in favor of defendant. Because dismissal was for lack of jurisdiction, it was error to enter judgment for defendant.

Accordingly, IT IS ORDERED that the Judgment entered on January 2, 2018 (Doc. 6) is vacated.

**IT IS SO ORDERED**.

Dated: January 4, 2018

        s/George Caram Steeh
        GEORGE CARAM STEEH
        UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on January 4, 2018, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk